**#150493**

# DIVIDENDS REMITTED TO THE COURT

Check Number 115 Dated 06/23/10

Case Number 09-16581 - SCHAFER, JEFFERY R

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba BANANA REPUBLIC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>　　0198 | 000007 | 119.62 | 2.23 |
| ---------- Remittance Total -------------- | | 119.62 | 2.23 |

DAVIS, STEVEN S., Trustee

| Date: 06/23/10 | Check Number: 115 | Amount: 2.23 |
|---|---|---|

Case Number: 09-16581　　AIH
Debtor Name: SCHAFER, JEFFERY R
　　SSN ████ 7920

| Paid To: **Clerk, U. S. Bankruptcy**<br>**Cleveland, OH** | Trustee: STEVEN SCOTT DAVIS<br>450 STANDARD BUILDING<br>1370 ONTARIO<br>CLEVELAND, OH 44113 |
|---|---|

Description: REMITTED TO COURT

Bank Account Number: 4437540029

Printed: 06/23/10 09:43 AM　Ver: 15.09

REMITTED TO COURT

**BANK OF AMERICA, N.A.**

CHECK NUMBER

32-1/1110 TX

0

**115**

STEVEN SCOTT DAVIS
450 STANDARD BUILDING
1370 ONTARIO
CLEVELAND, OH 44113

| DATE | AMOUNT |
|------|--------|
| 06/23/10 | ***********2.23 |

**2426949**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|-------------|-----------|
| 09-16581   AIH | Debtor: SCHAFER, JEFFERY R |
| | Joint Debtor: SCHAFER, NICHOLE C |

Clerk, U. S. Bankruptcy
Cleveland, OH

*Two Dollars And 23/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
**THIS CHECK VOID AFTER 90 DAYS**

⑆000115⑆ ⑈111000012⑈ 44375400 29⑇